UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. ED CV 13-1928–JFW (PLA)                                    Date August 13, 2015

Title: Lisa Ann Colmery-Pinkerton v. Deputy Carrasco, et. al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:
NONE

PROCEEDINGS:     (IN CHAMBERS)

Pursuant to this Court's Order of May 7, 2015, each party was ordered to file a Status Report no later than August 6, 2015. To date, plaintiff's Status Report has not been filed with the Court. Accordingly, **no later than August 28, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow court orders. Filing of the Status Report by plaintiff, on or before August 28, 2015, shall be deemed compliance with this Order to Show Cause.

cc:    Lisa Ann Colmery-Pinkerton
       Arthur Kenneth Cunningham, Esq.

Initials of Deputy Clerk    ch

CV-90 (10/98)                              CIVIL  MINUTES  -  GENERAL