JENNER & BLOCK LLP
L. DAVID RUSSELL (SBN 260043)
DRussell@jenner.com
PETER A. GOLDSCHMIDT (SBN 307647)
PGoldschmidt@jenner.com
MARA R. LUDMER (SBN 307662)
MLudmer@jenner.com
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

Pro Bono Counsel for Plaintiff
Lisa Colmery-Pinkerton

JS-6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANN COLMERY-PINKERTON,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY JOSHUA CARRASCO, et al.,<br><br>Defendant. | Case No. 13-CV-1928-JFW (PLAx)<br><br>The Hon. John F. Walter<br><br>**JUDGMENT** |

### **JUDGMENT**

This action came to trial on June 14, 2016, through June 15, 2016 in the above-entitled court, Courtroom 16, the Honorable John F. Walter presiding. L. David Russell, Mara R. Ludmer, and Peter Goldschmidt of Jenner & Block LLP appeared as attorneys for Plaintiff Lisa Colmery-Pinkerton. Stephanie J. Tanada and Arthur K. Cunningham of Lewis Brisbois Bisgaard & Smith LLP appeared as attorneys for Defendant Deputy Joshua Carrasco.

Trial commenced on June 14, 2016. A jury of eight members was empaneled, witnesses were called and testified, evidence was admitted, and the jury instructed.

On June 15, 2016, the jury returned a verdict, filed redacted as Court Document No. 179 and unredacted as Court Document No. 182.

As to Plaintiff Lisa Colmery-Pinkerton's claim of improper detention, brought under 42 U.S.C. § 1983, the jury rendered a verdict finding that the defendant did not detain the plaintiff without probable cause.

As to Plaintiff Lisa Colmery-Pinkerton's claim of excessive force, brought under 42 U.S.C. § 1983, the jury rendered a verdict finding that the defendant did not use unreasonable force on the plaintiff.

As to Plaintiff Lisa Colmery-Pinkerton's claim of improper search, brought under 42 U.S.C. § 1983, the jury rendered a verdict finding that the defendant's search of the plaintiff was not unreasonable.

Therefore, IT IS HEREBY ORDERED as follows:

That final judgment be entered in favor of defendant Joshua Carrasco. Plaintiff shall take nothing by reason of her complaint.

Dated: June 24, 2016

_____
Honorable John F. Walter
United States District Court Judge

2447216.1